RUTH BELDEN, Appellant, *v.* DANIEL S. BELDEN,
Respondent.

*Husband and wife — separation — insufficient proof of cruel and inhuman
treatment or of abandonment.*

*Belden* v. *Belden,* 207 App. Div. 545, affirmed.

(Argued December 10, 1925; decided January 12, 1926.)

APPEAL from a judgment, entered February 26, 1924,
upon an order of the Appellate Division of the Supreme
Court in the third judicial department, reversing a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term and directing a dismissal
of the complaint. The action, wife against husband,
was for a separation upon the grounds of cruel and
inhuman conduct and abandonment. The Appellate
Division found that the defendant was not guilty of
cruel and inhuman treatment of the plaintiff; that there
was no conduct on the part of the defendant toward the
plaintiff such as to render it unsafe and improper for the
former to cohabit with the latter; that the defendant did
not abandon the plaintiff; and that there was no neglect
or refusal of the defendant to provide for the plaintiff.

*Glenn F. Carter* for appellant.

*Hubert L. Brown* and *Minnie L. Seeley* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ALBERT S. HECHT, Respondent, *v.* FRED T. LEY & Co.,
INC., Appellant, Impleaded with Others.

*Contract — agreement to release claim for services and surrender mortgage
in consideration of promise of payment of a stipulated sum.*

*Hecht* v. *Ley & Co., Inc.,* 213 App. Div. 817, affirmed.

(Argued December 10, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered April 20, 1925, modifying and affirming as modi-
fied a judgment in favor of plaintiff entered upon a